| | | | |
|---|---|---|---|
| | AUSA: Terrence Haugabook | Telephone: | (313) 226-9157 |
| AO 91 (Rev. 11/11) Criminal Complaint | Special Agent: Justin Chamberlain, ATF | Telephone: | (313) 202-3400 |

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

United States of America
v.
Nathan James Bradley

Case: 2:25-mj-30652
Assigned To : Unassigned
Assign. Date : 10/21/2025
Description: USA v. SEALED (MC)



## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __September 26, 2025__ in the county of __Jackson__ in the __Eastern__ District of __Michigan__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(g)(1) | Felon in Possession of a Firearm and Ammunition |

This criminal complaint is based on these facts:
See attached affidavit.

☑ Continued on the attached sheet.

_____
Complainant's signature

Justin D. Chamberlain, Special Agent, ATF
*Printed name and title*

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date: __October 22, 2025__

_____
Judge's signature

City and state: __Detroit, MI__    Hon. Anthony P. Patti, United States Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Justin D. Chamberlain, Special Agent for the Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF"), being first duly sworn, on oath, hereby depose and state as follows:

### *Introduction and Agent Background*

1. I make this affidavit in support of a criminal complaint for Nathan James Bradley for the crime of Title 18, U.S.C. § 922 (g)(1), which prohibits the possession or use of a firearm or ammunition by a convicted felon.

2. I am employed as a Special Agent with the Bureau of Alcohol, Tobacco, Firearms and Explosives and have served in this capacity since December 2013. Prior to being an ATF Special Agent, I was a Border Patrol Agent with the United States Border Patrol for nine years. During this role, I worked in three duty stations: (1) Deming, New Mexico; (2) Massena, New York; and (3) Ogdensburg, New York. I completed a training course at the Federal Law Enforcement Training Center, where I learned how to conduct complex investigations involving firearms. I have participated in various firearms investigations involving the unlawful possession of firearms and ammunition by prohibited persons.

1

3. I currently work in conjunction with other federal, state, and local law enforcement agencies to investigate gang activity and drug trafficking organizations, who utilize firearms. As such, I am a "federal law enforcement officer," within the meaning of Federal Rule of Criminal Procedure 41(a)(2)(c), that is, an officer of the United States who is empowered by law to conduct investigations of and to make arrests for federal criminal offenses and make requests for warrants.

4. The facts in this affidavit come from my personal observations, training, experience, and information obtained from special agents, task force officers, police officers, detectives, and witnesses. This affidavit is intended to show that there is sufficient probable cause for the criminal complaint and does not set forth all information developed from the investigation.

5. Based on my training and experience, and the facts as set forth in this affidavit, there is probable cause to believe that Nathan James Bradley violated 18 U.S.C. § 922 (g)(1).

### *Probable Cause*

6. On September 26, 2025, the Jackson Police Department encountered Bradley walking in the City of Jackson. Officers recognized Bradley from previous encounters and knew Bradley to have a valid felony arrest warrant issued by the Jackson County Sheriff's Department.

7. Officers believed Bradley would flee and coordinated additional officers in the area. Officers lost sight of Bradley, near an apartment complex. Moments later, officers saw Bradley standing in the parking lot, north of the apartment complex. Bradley was carrying a blue backpack. Bradley looked at the marked patrol car and began to run towards the nearby railroad tracks. Officers saw Bradley run into a wooded tree line.

8. Officers pursued Bradley. Officers lost sight of Bradley, briefly, but regained visual sight of Bradley as he exited the tree line and ran into the backyard of a residence. Officers noticed, Bradley did not have the backpack as he entered the backyard of the residence. Bradley exited the yard and was apprehended nearby.

9. Officers returned to the location where they had last seen Bradley enter the tree line with the backpack. Officers began searching the area. Officers located what appeared to be a homeless campsite. In the brush, near the campsite, officers located a blue backpack that appeared to be the same backpack officers saw Bradley wearing.

10. Officers located a firearm magazine in the backpack. The magazine contained 9mm ammunition. Due to locating a magazine, officers suspected Bradley might have thrown a firearm. Officers searched the campsite area, and located an Arms Corp. Citadel, model M1911-A1, 9mm

pistol bearing serial number CIT066506. The pistol was loaded with a magazine containing ammunition. Officers removed the magazine and attempted to insert the magazine found in the blue backpack. The magazine from the blue backpack fit inside the pistol. The bottom plate of the magazine found inside the backpack was labeled Citadel; the same model as the found firearm.

11. I have reviewed Bradley's criminal history. It includes convictions for:

- 2012- Dangerous Drugs (Delivering/ Manufacturing Marijuana), 4th Circuit Court, Jackson, MI;

- 2014- Illegal Sale/ Use of a Financial Device, 4th Circuit Court, Jackson, MI;

- 2016- Possession of a Weapon/Taser 4th Circuit Court, Jackson, MI;

- 2016- Possession of Methamphetamine, Felon in Possession of a Firearm, 4th Circuit Court, Jackson, MI;

- 2021- Carrying Concealed Weapon Felon in Possession of a Firearm, 4th Circuit Court, Jackson, MI.

12. On October 20, 2025, I spoke with ATF Special Agent Dustin Hurt, a firearm nexus expert, regarding the Arms Corp, Citadel pistol. In the opinion of Special Agent Hurt, the firearm and ammunition were not manufactured in Michigan and, therefore, they traveled in interstate or foreign commerce.

## *Conclusion*

13. Based upon the information above, there is probable cause to believe that Nathan James Bradley, knowing he was a felon, did knowingly possess a firearm and ammunition, in violation of 18 U.S.C. § 922 (g)(1).

Respectfully submitted,

_____
Justin D. Chamberlain
Special Agent
Bureau of Alcohol, Tobacco,
Firearms and Explosives

Sworn to before me and signed in my
presence and/or by reliable electronic means.

_____
HON. ANTHONY P. PATTI
UNITED STATES MAGISTRATE JUDGE

Date: October 22, 2025

5